THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SWINKA REALTY INVESTMENTS, LLC, | : |
| Plaintiff, | : |
| v. | : 3:13-CV-00764 |
| | : (JUDGE MARIANI) |
| LACKAWANNA COUNTY TAX CLAIM BUREAU and LACKAWANNA COUNTY, | : |
| Defendants. | : |

**ORDER**

AND NOW, THIS １ˢᵗ DAY OF JULY 2016, upon consideration the parties' Cross Motions for Summary Judgment, (Docs. 38, 41), and all accompanying briefs and exhibits filed in support and in opposition to the motions, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Summary Judgment is **DENIED** in its entirety.

2. Defendants' Motion for Summary Judgment is **GRANTED** in its entirety.

3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge

FILED
SCRANTON
JUL 0 1 2016
PER _____ /DEPUTY CLERK